894

No. 12–5081. DEIBERT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5082. RUELAS TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5083. WOODARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5084. TENERELLI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–5085. TREVINO v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–5086. THOMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5087. BARTLETT v. KELLER, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 12–5088. BRACAMONTES, AKA BRACAMONTES-RAYO, AKA PALOMARES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5089. BARLEY v. EDMONDS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5090. TIGELINO MARTINEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–5091. KOEHLER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12–5092. JACKSON v. TAYLOR ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–5094. MCCARTHY v. SCOFIELD ET AL. Ct. App. Mich. Certiorari denied.

No. 12–5095. PRAWDZIK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–5096. MUTH v. FONDREN, WARDEN. C. A. 9th Cir. Certiorari denied.